1  VERONICA ARECHEDERRA HALL
   Nevada Bar No. 005855
2  veronica.hallesq@gmail.com

3  **HALL JAFFE & CLAYTON, LLP**
   7425 PEAK DRIVE
4  LAS VEGAS, NEVADA 89128
   (702) 316-4111
5  FAX (702)316-4114

6  *Attorney for Defendant,*
   *Venetian Casino Resort, LLC*
7

8
## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LUISA EVERY, | CASE NO: 2:18-cv-00126-APG-VCF |
| Plaintiff, | |
| vs. | |
| VENETIAN CASINO RESORT, LLC, and DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** <br> **(First Request)** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by the Plaintiff, LUISA EVERY ("Plaintiff"), by and through her undersigned counsel, KRISTINA HOLMAN, ESQ., of HOLMAN LAW OFFICE, and by the Defendant, VENETIAN CASINO RESORT, LLC ("Defendant"), by and through its undersigned counsel, VERONICA ARECHEDERRA HALL, ESQ., of HALL JAFFE & CLAYTON, LLP, that Defendant shall have up to and including May 29, 2008, to respond to Plaintiff's Complaint (doc. #1).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This is the first request for an extension of time to respond to Plaintiff's Complaint, and is made in good faith and not for the purpose of delay.

DATED this 14th day of May, 2018.

HALL JAFFE & CLAYTON, LLP

/s/ Veronica Arechederra Hall
_____
VERONICA ARECHEDERRA HALL, ESQ.
Nevada Bar No. 005855
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorney for Defendant,*
*Venetian Casino Resort, LLC*

DATED this 14th day of May, 2018.

HOLMAN LAW OFFICE

/s/ Kristina S. Holman
_____
KRISTINA S. HOLMAN, ESQ.
Nevada Bar No. 003742
3470 East Russell Road, Suite 202
Las Vegas, Nevada 89120
*Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED.

DATED this 16th day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE