# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LUISA EVERY, | Case No.: 2:18-cv-00126-APG-VCF |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 16] |
| VENETIAN CASINO RESORT, LLC, | |
| Defendant(s). | |

Pending before the Court is a stipulation to continue the early neutral evaluation, Docket No. 16, which is hereby **GRANTED**. The ENE is hereby **CONTINUED** to 1:30 p.m. on August 28, 2018. All other requirements established in Docket No. 11 continue to govern.[1]

IT IS SO ORDERED.

Dated: July 26, 2018

Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court has received the parties' ENE statements, so no further statements need to be submitted. To the extent new information arises, supplemental statements may be submitted by August 21, 2019.