1  VERONICA ARECHEDERRA HALL, ESQ.
   Nevada Bar No. 005855
2  veronica.hallesq@gmail.com

3  **HALL JAFFE & CLAYTON, LLP**
   7425 PEAK DRIVE
4  LAS VEGAS, NEVADA 89128
   (702) 316-4111
5  FAX (702) 316-4114

6  *Attorneys for Defendant,*
   *Venetian Casino Resort, LLC*
7

8                    **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

10 | LUISA EVERY,                                    |                                  |
   |                                                 | CASE NO.  2:18-cv-00126-APG-VCF  |
11 |              Plaintiff,                         |                                  |
12 | vs.                                             |                                  |
13 | VENETIAN CASINO RESORT, LLC, and DOES           | **STIPULATION AND ORDER TO       |
14 | I through X, inclusive, and ROE                 | DISMISS ACTION WITH PREJUDICE**  |
   | CORPORATIONS I through X, inclusive,            |                                  |
15 |              Defendant.                         |                                  |

17         IT IS HEREBY STIPULATED by and between Plaintiff Luisa Every and Defendant

18 Venetian Casino Resort, LLC, by and through their respective counsel, that the above-captioned action

19 shall be and hereby are dismissed with prejudice in their entirety, each party to bear its own attorneys'

20 fees and costs.

21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

Further, this Court shall retain jurisdiction over any dispute arising from the court facilitated resolution of this matter.

DATED this 25th day of September, 2018.

HALL JAFFE & CLAYTON, LLP

*/s/Veronica Arechederra Hall*

By_____
VERONICA ARECHEDERRA HALL, ESQ.
Nevada Bar No. 005855
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Defendant,*
*Venetian Casino Resort, LLC*

DATED this 25th day of September, 2018.

HOLMAN LAW OFFICE

*/s/Kristina S. Holman*

By_____
KRISTINA S. HOLMAN, ESQ.
Nevada Bar NO. 003742
3470 E Russell Rd, Ste 202
Las Vegas, NV 89120
*Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERD.

Dated: September 25, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE